UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>RICHARD THOMPSON | Case No. 24 CR 225<br><br>Judge Andrea Wood |

**GOVERNMENT'S SUPPLEMENT TO ITS POSITION PAPER AS TO THE PRE-SENTENCE INVESTIGATION REPORT AND SENTENCING FACTORS**

The government filed its Position Paper as to the Pre-Sentence Investigation Report and Sentencing Factors on February 28, 2025, in which it requested that this Court impose a high-end Guideline sentence of 115 months' imprisonment, a three-year term of supervised release, and restitution in the amount of $9,285.75. R. 21. That request was based on the guidelines range of 92 to 115 months' imprisonment, which was calculated by the United States Probation Office in its Presentence Investigation Report (R. 17, 19), and with which the government agreed in its Position Paper (R. 21). On September 16, 2025, the Probation Office filed a supplement to its Presentence Investigation Report, in which it revised the defendant's criminal history category to IV, from the original V. R. 29. Based upon a total offense level of 24 and a revised criminal history category of IV, the advisory Guideline imprisonment range is 77 to 96 months' imprisonment, in addition to any supervised release, fine, and restitution the Court may impose. R. 29 ¶ 6. The government concurs with the revised criminal history category and Guidelines range calculated in the supplement to the Presentence Investigation Report. The government believes that a high-end

Guideline sentence is appropriate for this defendant for all the reasons previously articulated in its February 28, 2025 submission. R. 21. Accordingly, the government respectfully requests that this Court impose a high-end Guideline sentence of 96 months' imprisonment, a three-year term of supervised release, and restitution in the amount of $9,285.75.

Respectfully Submitted,

        ANDREW S. BOUTROS
        UNITED STATES ATTORNEY

By:   /s/ *Branka Cimesa*
      Branka Cimesa
      Assistant United States Attorney
      United States Attorney's Office
      219 South Dearborn, 5th Floor
      Chicago, Illinois 60604

Dated: September 17, 2025