UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)
Eastern Division

UNITED STATES OF AMERICA
                                          Plaintiff,

v.                                         Case No.: 1:24−cr−00225
                                           Honorable Andrea R. Wood

Richard Thompson
                                          Defendant.

# NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, September 18, 2025:

    MINUTE entry before the Honorable Andrea R. Wood: Sentencing held on 9/18/2025. The Court orally pronounces sentence. The Court commits Defendant Richard Thompson to the custody of the United States Bureau of Prisons to be imprisoned for a total term of eighty six (86) months as to count one (1) of the indictment. Upon release from imprisonment, Defendant shall be on supervised release for a term of three (3) years with conditions as stated on the record. A special assessment of $100.00 is due immediately. Mailed notice. ( sxh, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.